## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| SUZETTE RICHARDS,<br>　　　　　Plaintiff,<br>　v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES III. in his Personal and Official Capacity as Chairman of Microsoft Corporation, STEVE BALLMER in his Personal and Official Capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, MELINDA GATES,<br>　　　　　Defendants. | 2003-CV-0079 |

**TO:**　See attached distribution list.

*Richards v. Duke University*
2003-CV-0079
Order Regarding Request For Payment of Fees
Page 2

# ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR PAYMENT OF FEES FOR SERVICES RENDERED AS *GUARDIAN AD LITEM*

THIS MATTER came before the Court for consideration upon Chetema Lucas Francis, Esq.'s Request For Payment of Fees For Services Rendered as *Guardian ad Litem* For Suzette Richards in Response to Court Order Dated July 17, 2007 (Docket No. 232).

Having reviewed the said request, the Court finds that Attorney Lucas Francis has not justified her requested hourly rate of $250.00. The Court finds that, as a member of the Virgin Islands Bar, serving as court-appointed counsel is mandatory. Nothing in the said request speaks to being exempt from such requirement. Consequently, the Court will authorize the payment of fees at the rate of $90.00 per hour. The Court will not reduce the amount of time claimed nor the costs expended. The payment amount to Chetema Lucas Francis, Esq., will be $3,429.00 in fees, plus $739.25 in costs, totaling $4,168.25.

Accordingly, it is now hereby **ORDERED**:

1. Request For Payment of Fees For Services Rendered as *Guardian ad Litem* For Suzette Richards in Response to Court Order Dated July 17, 2007 (Docket No. 232) is **GRANTED IN PART** and **DENIED IN PART**.

2. The Court authorizes payment to Chetema Lucas Francis, Esq., in the amount of **$4,168.25**.

*Richards v. Duke University*
2003-CV-0079
Order Regarding Request For Payment of Fees
Page 3

ENTER:

Dated: October 23, 2007                  /s/
                                                        GEORGE W. CANNON, JR.
                                                        U.S. MAGISTRATE JUDGE

cc:      **Suzette Richards, Esq.**
         **Chetema Lucas Francis, Esq.**
         **Simone D. Francis, Esq.**
         **Richard H. Hunter, Esq.**
         **Angela Tyson Floyd, Esq.**
         **Henry L. Feuerzeig, Esq.**